1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    SUSAN LYNN RECHT,

11          Plaintiff,                    No. CIV S-06-0092 FCD JFM PS

12          vs.

13    UNITED STATES,

14
          Defendant.                   FINDINGS & RECOMMENDATIONS
15    _____/

16          By order filed January 27, 2006, plaintiff's complaint was dismissed and thirty

17    days leave to file an amended complaint was granted.  On February 27, 2006, plaintiff's copy of

18    that order was returned as undeliverable.  The order was re-served on plaintiff on February 28,

19    2006.  Thirty days from that date have now expired, and plaintiff has not filed an amended

20    complaint or otherwise responded to the court's order.

21          IT IS HEREBY RECOMMENDED that this action be dismissed without

22    prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

23          These findings and recommendations are submitted to the United States District

24    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days

25    after being served with these findings and recommendations, plaintiff may file written objections

26    with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

1

1   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

2   time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

3   (9th Cir. 1991).

4   DATED:   April 6, 2006.

5

6                                                  UNITED STATES MAGISTRATE JUDGE

7

8   001; recht.fta

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26